IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 APR -8  PM 2: 42

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

| | |
|---|---|
| ROSLYN ROSS, INDIVIDUALLY AND ON BEHALF OF OTHER SIMILARLY SITUATED INDIVIDUALS,<br>    PLAINTIFF,<br><br>V.<br><br>FUN HOLDINGS, LLC D/B/A PERFECT TEN CABARET,<br>    DEFENDANT. | §<br>§<br>§<br>§<br>§<br>§ CAUSE NO. 1:19-CV-38-LY<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

Before the court in the above-styled and numbered cause is Defendant's Motion to Dismiss and Compel Arbitration filed February 11, 2019 (Dkt. No. 7). The record indicates that all parties received the motion on February 11, 2019. Any response to this motion was due on or before February 15, 2019. *See* Loc. R. W. Dist. Tex. CV-7(e)(2). To date, no response to the motion has been filed.

Pursuant to Local Rule CV-7(e)(2), Defendant's motion may be granted as unopposed if review of the pleadings reveals that it should be granted. *Cf. John v. La. Bd. of Trs. for State Colls. & Univs.*, 757 F.2d 698, 707–10 (5th Cir. 1985). Having reviewed the motion and the pleadings in this cause, the court finds that the motion to compel arbitration should be granted. Accordingly,

**IT IS ORDERED** that Defendant's Motion to Dismiss and Compel Arbitration filed February 11, 2019 (Dkt. No. 7) is **GRANTED**. All claims against Defendant are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that this case is **REFERRED** to binding arbitration for final determination.

As nothing remains to resolve, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED.**

SIGNED this ___8th___ day of April, 2019.

                                                  LEE YEAKEL  
                                                  UNITED STATES DISTRICT JUDGE