IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROSLYN ROSS, | § | |
|     PLAINTIFF, | § | |
| | § | |
| V. | § | |
| | § | CAUSE NO. 1:19-CV-38-LY |
| FUN HOLDINGS, LLC D/B/A | § | |
| PERFECT 10 CABARET, | § | |
|     DEFENDANT. | § | |

### FINAL JUDGMENT

Before the court is the above-styled and numbered cause. On November 4, 2020, the parties filed a Rule 41 Joint Stipulation of Dismissal With Prejudice (Doc. #17) which the court has reviewed and now approves. Accordingly, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _6th_ day of November, 2020.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE